# United States Court of Appeals
## for the Fifth Circuit

No. 21-50241

United States Court of Appeals
Fifth Circuit
**FILED**
June 1, 2021
Lyle W. Cayce
Clerk

Randall Scott Jordan,

*Petitioner—Appellant*,

versus

Bobby Lumpkin, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Respondent—Appellee*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-CV-89

ORDER:

    Randall Scott Jordan, Texas prisoner # 1672271, moves for a certificate of appealability (COA) to challenge the district court's dismissal of his 28 U.S.C. § 2254 petition as an unauthorized successive § 2254 petition. He seeks to challenge his convictions and life sentence for aggravated assault, aggravated sexual assault, and aggravated kidnaping.

    However, because Jordan does not argue that the district court erred in determining that his § 2254 petition was successive, he has abandoned any challenge to that determination. *See McGowen v. Thaler*, 675 F.3d 482, 496-

No. 21-50241

97 (5th Cir. 2012). Accordingly, reasonable jurists would not debate the district court's dismissal of his § 2254 petition.

Based upon the foregoing, Jordan's motion for a COA is DENIED.

*Edith H. Jones*
EDITH H. JONES
*United States Circuit Judge*

**A True Copy**
**Certified order issued Sep 24, 2021**

*Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 24, 2021

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 21-50241    Jordan v. Lumpkin
                          USDC No. 1:21-CV-89

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Roeshawn Johnson, Deputy Clerk
                          504-310-7998

cc:  Mr. Randall Scott Jordan
     Mr. Edward Larry Marshall